**USDA**

United States
Department of
Agriculture

Office of
Administrative
Law Judges

Hearing Clerk

Room 1031
South Building

1400 Independence
Avenue SW

Washington, DC
20250-9200

(202) 720-4443
(202) 720-9776 fax

**CERTIFIED RECEIPT REQUESTED**

September 18, 2014

Mr. Mark J. Langer
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001

RECEIVED
Mail Room
SEP 19 2014
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
SEP 19 2014
CLERK

Subject:   George Finch and Dennis Honeycutt v.
           U.S. Department of Agriculture

Docket No:   14-1148 (D.C. Cir), PACA- APP Docket No.13-0069

Dear Mr. Langer:

There is transmitted herewith the Certified List of Record on the Appeal in the above captioned proceeding.

Sincerely,

Shawn C. Williams
Hearing Clerk

Enclosure(s):
Certification of George W. Finch and John D. Honeycutt (PACA-APP Docket 13-0069)

CC:
Shelton S. Smallwood, Christopher Young, Charles Spicknall, OGC
Michael A. Hirsch, Counsel for Petitioners

NI 9/18/14



**DEPARTMENT OF AGRICULTURE**
WASHINGTON

I hereby certify, pursuant to Title 28, United States Code, Section 1733, that each attached document is a true and correct copy of a document in my official custody as hereinafter described:

In re:   George W. Finch and John Dennis Honeycutt v.

   U. S. Department of Agriculture

   (PACA-APP Docket No. 13-0069), 14-1148 (D.C. Cir)

1. PETITION FOR REVIEW OF PACA DIVISION DETERMINATION filed November 2, 2012 signed by Michael A. Hirsch, Counsel for Petitioners George Finch and John D. Honeycutt.

2. HEARING CLERK'S LETTER filed November 5, 2012, signed by L. Eugene Whitfield, Hearing Clerk.

3. AGENCY RECORD filed November 13, 2012, signed by Karla D. Whalen, Director, PACA Division.

4. HEARING CLERK'S LETTER filed November 19, 2012, signed by L. Eugene Whitfield, Hearing Clerk.

5. DOCKET CONTROL SHEET filed November 27, 2012, case assigned to Peter M. Davenport, Administrative Law Judge.

6. ORDER filed on December 3, 2012, signed by Peter. M. Davenport, Chief Administrative Law Judge.

7. WITNESS LIST filed January 3, 2013, Respondent's Witness List signed by Shelton S. Smallwood, Counsel for Respondent.

Sec. 2-A (1-61)

8. PETITIONERS' WITNESS LIST AND EXHIBITS LIST filed January 31, 2013 submitted by Michael A. Hirsch, Counsel for Petitioners George Finch and John D. Honeycutt.

9. PETITIONERS' LIST OF EXHIBITS NOT ALREADY INCLUDED IN THE AGENCY RECORD dated January 30, 2013, submitted by Michael A. Hirsch, Counsel for Petitioners George Finch and John D. Honeycutt.

10. STATUS REPORT dated January 2, 2013, signed by Shelton S. Smallwood, Counsel for Respondent.

11. ORDER OF DISMISSAL AS TO THIRD COAST PRODUCE COMPANY, LTD AND ORDER SETTING HEARING DATE filed on February 12, 2013, signed by Peter M. Davenport, Chief Administrative Law Judge.

12. MOTION FOR DECISION WITHOUT HEARING BY REASON OF ADMISSION filed July 8, 2013, submitted by Shelton S. Smallwood, Counsel for Respondent.

13. HEARING CLERK'S LETTER filed on July 10, 2013, signed by Eugene L. Whitfield, Hearing Clerk.

14. PETITIONERS' RESPONSE TO COMPLAINTANT'S MOTION FOR A DECISION WITHOUT HEARING BY REASON OF ADMISSION filed July 24, 2013, submitted by Michael A. Hirsch, Counsel for Petitioners George Finch and John D. Honeycutt.

15. ORDER filed August 2, 2013, signed by Peter M. Davenport, Chief Administrative Law Judge.

16. STATEMENT OF CLARIFICATION filed on August 8, 2013, filed by Shelton S. Smallwood, Counsel for Respondent.

17. NOTICE OF FILING OF TRANSCRIPT filed September 4, 2013, signed by Peter M. Davenport, Chief Administrative Law Judge.

18. PETITIONERS' BRIEF IN TRIAL OF PETITION FOR REVIEW OF PACA DIVISION DETERMINATION filed on October 18, 2013, signed by Victor W. Palmer, Administrative Law Judge.

19. RESPONDENTS' PROPOSED FINDINGS OF FACT, CONCLUSION AND ORDER filed on October 25, 2013 filed by Shelton S. Smallwood and Christopher Young, Counsel for Respondent.

20. HEARING CLERK'S LETTER filed October 25, 2013, signed by James Hurt, Acting Hearing Clerk.

21. DECISION AND ORDER filed November 20, 2013, signed by Peter M. Davenport, Chief Administrative Law Judge.

22. HEARING CLERK'S LETTER filed November 21, 2013, signed by James Hurt, Acting Hearing Clerk.

23. PETITION FOR APPEAL AND BRIEF IN SUPPORT THEREOF filed December 17, 2013, Filed by Michael A. Hirsch, Counsel for Petitioners George Finch and John D. Honeycutt.

24. HEARING CLERK'S LETTER filed December 18, 2013, signed Carla M. Andrews, Assistant Hearing Clerk.

25. RESPONSE TO PETITIONERS' APPEALS filed on January 8, 2014 filed by Shelton S. Smallwood and Christopher Young Counsel for Respondent.

26. DECISION AND ORDER filed on June 6, 2014, signed by William G. Jenson, Judicial Officer.

27. HEARING CLERK'S LETTER filed June 6, 2014, signed by Shawn C. Williams, Hearing Clerk.

28. JOINT MOTION FOR STAY ORDER filed on August 19, 2014, signed by Shelton S. Smallwood and Christopher Young, Counsel for Respondent.

29. STAY ORDER filed August 20, 2014, signed by William G. Jenson, Judicial Officer.

In testimony whereof, I have hereunto caused the seal of the Department of Agriculture to be affixed and my name subscribed in the District of Columbia this

18th day of September 20 14

_____
SECRETARY OF AGRICULTURE

By _____

Hearing Clerk
Office of the Hearing Clerk
Office of the Administrative Law Judges